IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION WELFARE AND ANNUITY FUND,<br><br>Plaintiff,<br><br>v.<br><br>FOURNIE CONTRACTIN COMPANY INC. and KAREN FOURNIE,<br><br>Defendants. | Case No. 19-cv-1169 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 12/11/2023          MONICA A. STUMP, Clerk of Court

                              s/ Tina Gray, Deputy Clerk


**Approved:**    *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**